**In the Interest of K.T., Plaintiff,**

**Juvenile Officer, Respondent,**

v.

**J.J.R. (Natural Mother), Appellant,**

**C.A.T. (Natural Father), Appellant.**

**Nos. WD 65805, WD 65809.**

Missouri Court of Appeals,
Western District.

May 16, 2006.

Daniel E. Hunt, Esq., Jefferson City, MO, for Appellant—JJR.

James D. Barding, Esq., Jefferson City, MO, for Appellant—C.A.T.

Amy D. Markel, Esq., Columbia, MO, and Guardian for K.T.

Jeanne M. Gordon, Esq., Jefferson City, MO, for Respondent.

Before HOLLIGER, P.J., LOWENSTEIN and ULRICH, JJ.

### *ORDER*

PER CURIAM.

J.J.R. (Mother) and C.A.T. (Father) appeal the termination of their respective parental rights of K.T. (Child), arguing that sufficient evidence did not exist to support the judgment. This court affirms the trial court's judgment terminating Mother's and Father's parental rights. Because an opinion would have no precedential value, this court enters a written order and memorandum decision pursuant to Rule 84.16(b).